UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER PAYTON MAY-SHAW,

      Plaintiff,

                                                                         File no: 1:19-CV-117

v.

                                                                         HON. ROBERT J. JONKER

CITY OF GRAND RAPIDS, et al.,

      Defendants.
_____/

### ORDER APPROVING MAGISTRATE'S
### REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 13, 2020 (ECF No. 28). The Report and Recommendation was duly served on the parties[1]. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 28) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 19) is **GRANTED** and this matter is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:  June 30, 2020                            /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                                       CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation (R&R) mailed to Plaintiff on May 13, 2020, was returned. The R&R was re-mailed on May 26, 2020 at his current address at Terre Haute FCI per the Federal Bureau of Prison's website.